STATE OF NEW JERSEY v. DANIEL BREWER.

September 16, 1974. Petition for certification denied.

IN RE: APPOINTMENT OF ADMINISTRATOR
JOSEPH W. CREE, JR.

September 16, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES LEWIS.

September 16, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT JONES.

September 16, 1974. Petition for certification denied.

THE CABOT ASSOCIATES v. BELL'S LAKE SANITATION CO.

September 16, 1974. Petition for certification denied.

STATE OF NEW JERSEY v.
EDWARD PEOPLES, a/k/a KENYATTA SHABLAZZ.

September 16, 1974. Petition for certification denied.